**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 09-21771-CIV-UNGARO/WHITE

RAYMOND PERRY,
              Plaintiff,

v.

HON. LARRY SCHACK et al.,
              Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiff's Complaint.  (D.E. 1.)  The Honorable

Patrick A. White, United States Magistrate Judge has issued a Report and Recommendation

dated July 10, 2009 (D.E. 3), recommending that the Complaint be DISMISSED WITHOUT

PREJUDICE to Plaintiff to file a new complaint accompanied by payment of the full filing fee.

The parties have failed to file objections to the Report.  *See LoConte v. Dugger*, 847 F.2d 145

(11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections

bars the parties from attacking factual findings on appeal). The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being

otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that United States Magistrate Judge White's Report and

Recommendation of July 10, 2009, is RATIFIED, AFFIRMED and ADOPTED.  It is further

ORDERED AND ADJUDGED that the Complaint is DISMISSED WITHOUT

PREJUDICE to Plaintiff to file a new complaint accompanied by payment of the full filing fee.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of July, 2009.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record